Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 122810
*Attorneys for Plaintiff*

Thomas F. Nowland (SBN 236824)
tom@nowlandlaw.com
Daniel A. Brodnax (SBN 266822)
dbrodnax@nowlandlaw.com
Kevin H. Ngai (SBN 331625)
khngai@nowlandlaw.com
LAW OFFICES OF THOMAS F. NOWLAND
20241 SW Birch Street, Suite 203
Newport Beach, California 92660
Tel: (949) 221-0005
Fax: (949) 221-0003

Elliott H. Stone, Esq. (SBN 264569)
ehstone@stonellp.com
Robert S. Throckmorton, Esq. (SBN 178182)
rsthrockmorton@stonellp.com
STONE LLP
895 Dove St Ste 300
Newport Beach, CA 92660
Telephone: (949)477-9100

*Attorneys for Defendants*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Stokes, <br><br> Plaintiff, <br><br> v. <br><br> All Worlds Resorts, Inc. and Austin Basford, <br><br> Defendant. | Case No. 5:22-cv-01546-RGK-RAO <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Case No. 5:22-cv-01546-RGK-RAO

ORDER OF DISMISSAL

1  Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Michael Stokes and Defendant All Worlds Resorts, Inc. and Austin Basford, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: January 25, 2023

_____
Hon. Robert G. Klausner

Case No. 5:22-cv-01546-RGK-RAO

ORDER OF DISMISSAL